THE HONORABLE BRIAN D. LYNCH
CHAPTER 13
HEARING DATE: June 2, 2015
HEARING TIME: 1:00 P.M.
LOCATION: Vancouver, Washington
RESPONSE DATE: May 26, 2015

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

SAVUTH PENN,

Debtor.

Case No. 14-45389-BDL

NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c)

## NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:00 p.m. on June 2, 2015**, at the Vancouver Federal Building, 500 West 12th, 2nd Floor, Vancouver, Washington, 98660.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **May 26, 2015**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

//

//

Notice and Motion for Dismissal - 1

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

## MOTION

**COMES NOW** David M. Howe the standing Chapter 13 Trustee and alleges as follows:

1. The debtor filed this case on October 3, 2014; the case was confirmed by order of the Court on **March 3, 2015.**

2. Pursuant to the confirmed plan, the debtor is required to make plan payments of **$1,433.00** per month; Debtor is presently delinquent in plan payments in the amount of **$4,299.00**, supported by the Declaration filed herewith.

3. The debtor has otherwise defaulted under the terms of the Plan as follows: 1307(c)(1) unreasonable delay by the debtors that is prejudicial to the creditors, 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 17th day of April, 2015.

*[signature]*
Michael G. Malaier, WSBA #34729
Staff Attorney to
David M. Howe, Chapter 13 Trustee

Notice and Motion for Dismissal - 2

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402

Case 14-45389-BDL    Doc 32    Filed 04/17/15    Ent. 04/17/15 11:49:20    Pg. 2 of 3

## CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States that on April 17, 2015, I caused to be mailed via regular mail a true and correct copy of the Trustee's Motion to Dismiss, Declaration in Support, and Notice of Hearing to the following:

Savuth Penn
1550 Granada Ave N, Apt 204
Oakdale, MN 55128

Savuth Penn
1955 Maryland Ave E
St Paul, MN 55119

Richard Ross, Attorney
1610 Columbia St
Vancouver, WA 98660

The following parties received Notice and Motion for Dismissal via ECF:

- Matthew JP Johnson    ECF@resolvedebt.net
- Richard S Ross    ecf@resolvedebt.net
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

**DATED** this 17th day of April, 2015 at Tacoma, Washington.

/s/ Elizabeth Costanti
Elizabeth Costanti
Case Administrator to
David M. Howe, Chapter 13 Trustee

Notice and Motion for Dismissal - 3

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-0600

Case 14-45389-BDL    Doc 32    Filed 04/17/15    Ent. 04/17/15 11:49:20    Pg. 3 of 3